# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JAMES WYMER,**

    **Plaintiff,**

vs.                                  **Case No. 4:17cv277-RH/CAS**

**ECHO,**
**and FREDDY BRANHAM,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

    Plaintiff, proceeding pro se, initiated this case on June 16, 2017, by submitting a civil rights complaint, ECF No. 1, and a motion requesting leave to proceed in forma pauperis, ECF No. 2.  Because Plaintiff's motion was incomplete, an Order was entered advising Plaintiff that ruling was deferred and explaining what Plaintiff must do when filing an amended in forma pauperis motion.  ECF No. 4.  That Order was entered on June 23, 2017, and gave Plaintiff until July 24, 2017, to file an amended in forma pauperis motion if he desired to continue this case.  *Id.*  Plaintiff has not complied with that Order.

Notably, at the same time Plaintiff initiated this case, he also initiated three other cases in this Court: case number 4:17cv265-MW/CAS, case number 4:17cv268-WS/GRJ, case number 4:17cv278-RH/CAS. Plaintiff has not responded to court orders in any of those cases. It would appear that Plaintiff has abandoned his litigation efforts and this case should now be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**IN CHAMBERS** at Tallahassee, Florida, on July 26, 2017.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES
**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:17cv277-RH/CAS